# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC ALAN DODD, <br><br> Plaintiff, <br><br> v. <br><br> DOMINICK DEROSE, <br><br> Defendant. | CIVIL ACTION NO. 1:15-CV-01088 <br><br> (RAMBO, J.) <br> (MEHALCHICK, M.J.) |

### ORDER

AND NOW, this 25th day of August, 2015, **IT IS HEREBY ORDERED**, for the reasons set forth in the Memorandum filed concurrently with this Order, that Plaintiff's complaint (Doc. 1), be **DISMISSED WITHOUT PREJUDICE**. Plaintiff is granted leave to file an amended complaint, if he chooses to do so, within **thirty (30) days** of the entry of this Order. Failure to file an amended complaint within this timeframe will result in a recommendation of dismissal of this civil action in its entirety. Alternatively, in the event Plaintiff elects to file a petition for writ of habeas corpus under 28 U.S.C. § 2241, he must submit, in an entirely separate action, a properly executed application to proceed *in forma pauperis*, together with his petition for writ of habeas corpus under 28 U.S.C. § 2241.

**Dated:** August 25, 2015

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**